**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JEAN BERTON SAINT-FLEUR,

    Plaintiff,

v.                                            CASE NO. 4:10cv457-MP-GRJ

WARDEN LANE, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 11, 2011. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Complaint (doc.1) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A. The dismissal of this case shall count as a strike pursuant to 28 U.S.C. § 1915(g).

    **DONE and ORDERED** this 5th day of December, 2011.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**